IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNTHES USA SALES, LLC, : | |
| : | CASE NO.: 10-1402 |
| Plaintiff, : | |
| v. : | |
| JOHN SCOTT, : | |
| EBI, LLC, : | |
| and : | |
| BIOMET, INC, : | |
| Defendants. : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, acting by their undersigned counsel, stipulate to the dismissal of the above-captioned action with prejudice and with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| BLANK ROME LLP | FLASTER/GREENBERG P.C. |
|---|---|
| /s/ Anthony B. Haller | /s/ Michael D. Homans |
| ANTHONY B. HALLER | MICHAEL D. HOMANS |
| JASON A. SNYDERMAN | ADAM E. GERSH |
| BRETT D. BUICK | 1600 John F. Kennedy Boulevard |
| One Logan Square | Four Penn Center, Suite 200 |
| Philadelphia, PA 19103 | Philadelphia, Pa. 19103 |
| (215) 569-5690 (office) | (215) 279-9393 (office) |
| (215) 832-5690 (fax) | (215) 279-9394 (fax) |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| *Synthes USA Sales, L.L.C.* | *John Scott* |

090725.00576/12121533v.1

WINSTON & STRAWN LLP

 /s/  Michael P. Roche
MICHAEL P. ROCHE
SHANE W. BLACKSTONE
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-7508 (office)
(312) 558-5700 (fax)
Attorney for Defendants,
*EBI, LLC and Biomet, Inc.*


Dated: October 14, 2011

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| SYNTHES USA SALES, LLC, | : |
| Plaintiff, | : CASE NO.: 10-1402 |
| v. | : |
| JOHN SCOTT, | : |
| EBI, LLC | : |
| and | : |
| BIOMET, Inc. | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Brett D. Buick, Esquire, hereby certify that on this 14th day of October, 2011, I served a true and correct copy of the foregoing Joint Stipulation of Dismissal on the following counsel by Electronic Case Filing (ECF):

| | |
|---|---|
| Michael P. Roche<br>Shane W. Blackstone<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>(312) 558-7508 (office)<br>(312) 558-5700 (fax)<br>Attorney for Defendants,<br>*EBI, LLC and Biomet, Inc.* | Michael D. Homans<br>Adam E. Gersh<br>1600 John F. Kennedy Boulevard<br>Four Penn Center, Suite 200<br>Philadelphia, Pa. 19103<br>(215) 279-9393 (office)<br>(215) 279-9394 (fax)<br>Attorneys for Defendant,<br>*John Scott* |

*/s/ Brett D. Buick*
Brett D. Buick